# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 0 9 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy C

**1:10-cr-00425-RWS**
**USA v. A-440 Pianos, Inc. et al**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Open Court on 03/09/2011.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 9:50 A.M.
TIME IN COURT: 00:15

COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

| | |
|---|---|
| DEFENDANT(S): | [1] A-440 Pianos, Inc. Present at proceedings<br>[2] Pascal C. Vieillard Present at proceedings |
| ATTORNEY(S) PRESENT: | Thomas Findley representing A-440 Pianos, Inc.<br>Thomas Findley representing Pascal C. Vieillard<br>Mary Roemer representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Presentence objection: Court sustained. Sentence for both defendants: Probation for a term of 3 years. Fine: $17,500.00 to U.S. Fish & Wildlife Lacey Act Reward Account. Forfeiture: Preliminary Order of Forfeiture dated 11/18/10. Defendants advised of right to appeal. No sentence objections. |